UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARPENTERS HEALTH & WELFARE FUND, et al., | : CASE NO. | 1:06MS00508 |
|  | : JUDGE: | John D. Bates |
|  | : DECK TYPE: | Miscellaneous |
| Plaintiffs, | : |  |
|  | : (Case No. 1:00-CV-2838-WBH (N.D. Ga.)) |  |
| vs. | : |  |
| THE COCA-COLA COMPANY, et al., | : |  |
| Defendants. | : |  |

MOTION TO ADMIT COUNSEL *PRO HAC VICE*

RECEIVED
NOV 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pursuant to Local Rules, the undersigned counsel, hereby moves the Court to enter an Order (attached hereto as Exhibit A) granting leave for Ted Minahan of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of Lead Plaintiffs Carpenters Health and Welfare Fund of Philadelphia and Vicinity and Local 144 Nursing Home Pension Fund (Case No. 1:00-CV-2838-WBH (N.D. Ga.)) and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Minahan has been a member in good standing of the bar of California since 2003;

2. There are no disciplinary proceedings against Mr. Minahan as a member of the bar in any jurisdiction; and

3. Mr. Minahan has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Columbia.

In further support of this motion, Mr. Minahan has submitted herewith his declaration for admission *pro hac vice*.

DATED: November 28, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA

/s/ Nancy M. Juda
NANCY M. JUDA
(Washington DC Bar No. 445487)

1100 Connecticut Ave., N.W. Suite 730
Washington, D.C. 20036
Telephone: 202/822-6762
Fax: 202/828-8528

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
STEVEN W. PEPICH
DANIEL S. DROSMAN
TED MINAHAN
SCOTT H. SAHAM
TED MINAHAN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Sandra Stein
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
Telephone: 215/988-9546
Fax: 215/988-9885

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
Georgia Bar No. 124950
STUART J. GUBER
Georgia State Bar No. 141879
JAMES M. EVANGELISTA
Georgia State Bar No. 707807
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: 404/873-3900
404/876-4476 (fax)

Co-Lead Counsel for Plaintiffs


VANOVERBEKE MICHAUD &
    TIMMONY, P.C.
Michael J. VanOverbeke
Thomas C. Michuad
Michael E. Moco
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
Fax: 313/578-1201

Additional Counsel for Plaintiffs

S:\CasesSD\Coke\MOT0036541.doc

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that, on November 28, 2006, a true and correct copy of the foregoing **MOTION TO ADMIT COUNSEL [TED MINAHAN]** *PRO HAC VICE* **and [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION** *PRO HAC VICE*, **and MOTION TO ADMIT COUNSEL [JAMES A. CAPUTO]** *PRO HAC VICE* **and [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION** *PRO HAC VICE* was served via U.S. Mail, First Class, postage prepaid on all parties listed on the attached Service Lists.

Tina M. Latimer

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |  |
|---|---|---|---|
| CARPENTERS HEALTH & WELFARE FUND, et al., | : : : | CASE NO. JUDGE: DECK TYPE: | 1:06MS00508 John D. Bates Miscellaneous |
| Plaintiffs, | : : | (Case No. 1:00-CV-2838-WBH (N.D. Ga.)) |  |
| vs. | : : |  |  |
| THE COCA-COLA COMPANY, et al., | : : |  |  |
| Defendants. | : |  |  |

DECLARATION OF TED MINAHAN IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ted Minahan, hereby declare:

1. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 655 W. Broadway, Suite 1900, San Diego, California 92101, telephone 619/231-1058. I am admitted to practice in the following jurisdictions:

|     |                                                              |      |
| --- | ------------------------------------------------------------ | ---- |
| (a) | United States District Court, Central District of California | 2003 |
| (b) | United States District Court, Southern District of California | 2005 |

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

DATED: November 17, 2006            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ TED MINAHAN

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

S:\CasesSD\Coke\DEC0036546.doc

- 1 -

COKE (LEAD)
Service List - 11/10/2006  (200-357-1)
Page 1 of 1

**Counsel For Defendant(s)**

M. Robert Thornton
Jeffrey Cashdan
Stephen Devereaux
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
　404/572-4600
　404/572-5100 (Fax)

Ronald L. Olson
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
　213/683-9100
　213/687-3702 (Fax)

**Counsel For Plaintiff(s)**

Martin D. Chitwood
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
　404/873-3900
　404/876-4476 (Fax)

Daniel M. Shanley
DeCarlo & Connor
533 South Fremont Avenue, 9th Floor
Los Angeles, CA 90071-1706
　213/488-4100
　213/488-4180 (Fax)

William S. Lerach
Steven W. Pepich
Scott H. Saham
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
　619/231-1058
　619/231-7423 (Fax)

Michael J. VanOverbeke
Thomas C. Michaud
Michael E. Moco
VanOverbeke Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
　313/578-1200
　313/578-1201 (Fax)

**Courtesy Copy**

Sandra Stein
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1845 Walnut Street, 23rd Floor
Philadelphia, PA 19103
　215/988-4546
　215/988-9885 (Fax)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARPENTERS HEALTH & WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE COCA-COLA COMPANY, et al., <br><br> Defendants. | CASE NO.   1:06MS00508 <br> JUDGE:   John D. Bates <br> DECK TYPE:   Miscellaneous <br><br> (Case No. 1:00-CV-2838-WBH (N.D. Ga.)) |

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Nancy M. Juda's motion for the admission of Ted Minahan in this case *pro hac vice*, it appearing to the Court that Ted Minahan possesses the qualifications required by LCvR.83-2(c)-(d), and should therefore be allowed to participate in this case *pro hac vice*, it is, this _____ day of _____, 2006, hereby:

ORDERED that the motion for the admission of Ted Minahan *pro hac vice* is granted, and that he shall be permitted to participate and be heard in this matter in association with his local counsel.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
NANCY M. JUDA

_____
NANCY M. JUDA
(Washington DC Bar No. 445487)

1100 Connecticut Ave., N.W. Suite 730
Washington, D.C. 20036
Telephone: 202/822-6762
Fax: 202/828-8528

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
STEVEN W. PEPICH
DANIEL S. DROSMAN
JAMES A. CAPUTO
SCOTT H. SAHAM
TED MINAHAN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Sandra Stein
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
Telephone: 215/988-9546
Fax: 215/988-9885

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
Georgia Bar No. 124950
STUART J. GUBER
Georgia State Bar No. 141879
JAMES M. EVANGELISTA
Georgia State Bar No. 707807
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: 404/873-3900
404/876-4476 (fax)

Co-Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD &
  TIMMONY, P.C.
Michael J. VanOverbeke
Thomas C. Michuad
Michael E. Moco
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
Fax: 313/578-1201

Additional Counsel for Plaintiffs

S:\CasesSD\Coke\ORD0036647.doc