AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CARPENTERS HEALTH & WELFARE FUND, ET AL., )
      Plaintiff(s) )
      )
      vs. )
THE COCA-COLA CO., et al., )
      Defendant(s) )

**APPEARANCE**

CASE NUMBER   Misc. No. 1:06-mc-00508-JDB

To the Clerk of this court and all parties of record:

Please enter the appearance of __Steven F. Benz__ as counsel in this
              (Attorney's Name)

case for: __K. Chris Todd__
      (Name of party or parties)

December 1, 2006
Date

428026
BAR IDENTIFICATION

_(signature)_
Signature

Steven F. Benz
Print Name

1615 M Street, NW
Address

Washington, DC 20036
City    State    Zip Code

202-326-7900
Phone Number

A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CARPENTERS HEALTH & WELFARE
FUND, ET AL., )
        Plaintiff(s) )  **APPEARANCE**
)
)
        vs. )  CASE NUMBER   Misc. No. 1:06-mc-00508-JDB
THE COCA-COLA CO., et al., )
)
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Andrew M. Hetherington**  as counsel in this
        (Attorney's Name)

case for:  **K. Chris Todd**
        (Name of party or parties)


December 1, 2006
Date

_(signature)_
Signature

490434
BAR IDENTIFICATION

Andrew M. Hetherington
Print Name

1615 M Street, NW
Address

Washington, DC 20036
City    State    Zip Code

202-326-7900
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CARPENTERS' HEALTH & WELFARE FUND, et al., )
        Plaintiff(s) )
        )
        vs. )
THE COCA-COLA CO., et al., )
        )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER   Misc. No. 1:06-mc-00508-JDB

To the Clerk of this court and all parties of record:

Please enter the appearance of  Geoffrey M. Klineberg  as counsel in this
                        (Attorney's Name)

case for:  K. Chris Todd
           (Name of party or parties)


December 1, 2006
Date

/s/ Geoffrey M. Klineberg
Signature

Geoffrey M. Klineberg
Print Name

444503
BAR IDENTIFICATION

Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Address

Washington, D.C.   20036-3209
City            State         Zip Code

(202) 326-7900
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CARPENTERS HEALTH & WELFARE
FUND, ET AL.,
        Plaintiff(s)    )
                                      )    **APPEARANCE**
                                      )
                                      )
        vs.              )    CASE NUMBER    Misc. No. 1:06-mc-00508-JDB
THE COCA-COLA CO., et al.,  )
                                      )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   James Webster   as counsel in this
                                       (Attorney's Name)

case for:  K. Chris Todd
                 (Name of party or parties)

December 1, 2006
Date

*/s/ James Webster*
Signature

James Webster
Print Name

450516
BAR IDENTIFICATION

1615 M Street, NW
Address

Washington, DC 20036
City     State     Zip Code

202-326-7900
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2006, the foregoing Notices of Appearance of Geoffrey M. Klineberg, James Webster, Steven F. Benz, and Andrew M. Hetherington were mailed postage pre-paid by U.S. Mail to:

***Counsel for Plaintiffs***

Roger Adelman
LAW OFFICES OF ROGER ADELMAN
1100 Connecticut Ave., N.W., Suite 730
Washington, DC 20036

Nancy M. Juda
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
1100 Connecticut Ave., N.W., Suite 730
Washington, DC 20036

Steven W. Pepich
William S. Lerach
Daniel S Drosman
James A. Caputo
Scott H. Saham
Ted Minehan
Gavin M. Bowie
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Dennis J. Herman
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Sandra Stein
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
1845 Walnut St., 23rd Floor
Philadelphia, PA 19103

Martin D. Chitwood
Stuart J. Guber
James M. Evangelista
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Michael J. VanOverbeke
Thomas C. Michuad
Michael E. Moco
VANOVERBEKE MICHAUD
  & TIMMONY, P.C.
79 Alfred Street
Detroit, MI 48201

Daniel M. Shanley
DECARLO & CONNOR
533 South Fremont Avenue, 9th Floor
Los Angeles, CA 90071-170

***Counsel for Defendants***

Robert Thornton
Jeffrey Cashdan
Stephen Devereaux
KING AND SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Ronald L. Olson
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-156

2

*Andrew M. Hetherington* (signature)

Andrew M. Hetherington
  D.C. Bar No. 490434
KELLOGG, HUBER, HANSEN,
  TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
(202) 326-7999 (facsimile)
ahetherington@khhte.com

December 1, 2006

2