UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARPENTERS HEALTH & WELFARE FUND, et al., | ) | Civil No. 1:06-mc-00508-JDB |
| | ) | |
| | ) | (Case No. 1:00-CV-2838-WBH (N.D. Ga.)) |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE COCA-COLA COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to the United States District Court for the District of Columbia Local Rule 83.2, the undersigned, a member of the Bar of this Court, hereby moves the Court to enter an Order (attached hereto as Exhibit A) granting leave for James A. Caputo of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of Lead Plaintiffs Carpenters Health and Welfare Fund of Philadelphia and Vicinity and Local 144 Nursing Home Pension Fund (Case No. 1:00-CV-2838-WBH (N.D. Ga.)) and practice before this Court in the above-entitled civil case.

As grounds for this motion, the undersigned represents the following:

1. Mr. Caputo was admitted to the Supreme Court of California and has been a member in good standing since December 10, 1985;

2. There are no disciplinary proceedings against Mr. Caputo as a member of the Supreme Court of California;

3. Mr. Caputo has represented to the undersigned that he is familiar with the Local Rules of the United States District Court for the District of Columbia; and

4. In further support of this motion, Mr. Caputo has submitted the attached declaration for admission *pro hac vice*.

DATED: December 14, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
NANCY M. JUDA

s/ Nancy M. Juda
NANCY M. JUDA
(Bar No. 445487)

1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
STEVEN W. PEPICH
DANIEL S. DROSMAN
JAMES A. CAPUTO
SCOTT H. SAHAM
TED MINAHAN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SANDRA STEIN
1845 Walnut Street, 23rd Floor
Philadelphia, PA 19103
Telephone: 215/988-9546
215/988-9885 (fax)

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
STUART J. GUBER
JAMES M. EVANGELISTA
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: 404/873-3900
404/876-4476 (fax)

Co-Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHUAD
MICHAEL E. MOCO
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiffs

S:\CasesSD\Coke\MOT0036540.doc

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Nancy M. Juda
NANCY M. JUDA

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:njuda@lerachlaw.com

# Mailing Information for a Case 1:06MC00508

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  Adelmarm@erols.com
- **Nancy M. Juda**
  nancyj@lerachlaw.com
- **Steven F. Benz**
  sbenz@khhte.com
- **Geoffrey M. Klineberg**
  gklineberg@khhte.com
- **James M. Webster**
  jwebster@khhte.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

M. Robert Thornton
Jeffrey Cashdan
Stephen Devereaux
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Ronald L. Olson
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Martin D. Chitwood
Stuart J. Guber
James M. Evangelista
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Daniel M. Shanley
DeCarlo & Connor
533 South Fremont Avenue, 9th Floor
Los Angeles, CA 90071-1706

Michael J. VanOverbeke
Thomas C. Michaud
Michael E. Moco
VanOverbeke Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201

Steven W. Pepich
Daniel S. Drosman
Scott H. Saham
Ted Minahan
Gavin M. Bowie
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Dennis J. Herman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Sandra Stein
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103

Courtesy Copies:

Geoffrey M. Klineberg
James Webster
Steven L. Benz
Andrew M. Hetherington
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036

Roger Adelman
Law Offices of Roger Adelman
1100 Connecticut Ave., N.W. Suite 730
Washington, D.C. 20036

Nancy M. Juda
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1100 Connecticut Ave., N.W. Suite 730
Washington, D.C. 20036

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARPENTERS HEALTH & WELFARE FUND, et al., Plaintiffs, vs. THE COCA-COLA COMPANY, et al., Defendants. | ) | Civil No. 1:06-mc-00508-JDB<br>(Case No. 1:00-CV-2838-WBH (N.D. Ga.)) |

DECLARATION OF JAMES A. CAPUTO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, James A. Caputo, hereby declare:

1. I am of counsel for the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 655 W. Broadway, Suite 1900, San Diego, California 92101, telephone 619/231-1058. I am admitted to practice in the following jurisdictions:

| | | |
|---|---|---|
| (a) | United States District Court, Southern District of California | 1985 |
| (b) | United States District Court, Central District of California | 1987 |
| (c) | United States Court of Appeals, Ninth Circuit | 1996 |

2. I have been admitted to practice to the Supreme Court of California since December 10, 1985.

3. I am in good standing in the above-mentioned jurisdictions where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Supreme Court of California or any other jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. Lerach Coughlin Stoia Geller Rudman & Robbins LLP maintains offices in California, New York, Florida, Texas, Pennsylvania, Washington and the District of Columbia. I do not engage in the practice of law from Lerach Coughlin Stoia Geller Rudman & Robbins LLP's office, nor any other office, located in the District of Columbia, but from Lerach Coughlin Stoia Geller Rudman & Robbins LLP's office in San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of December, 2006, at San Diego, California.

JAMES A. CAPUTO

S:\CasesSD\Coke\DEC0036545.doc

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARPENTERS HEALTH & WELFARE FUND, et al., | ) | Civil No. 1:06-mc-00508-JDB |
| Plaintiffs, | ) | (Case No. 1:00-CV-2838-WBH (N.D. Ga.)) |
| vs. | ) | |
| THE COCA-COLA COMPANY, et al., | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Nancy M. Juda's motion for the admission of James A. Caputo in this case *pro hac vice*, it appearing to the Court that James A. Caputo possesses the qualifications required by District of Columbia Local Rule 83.2, and should therefore be allowed to participate in this case *pro hac vice*, it is, this _____ day of _______________, 2006, hereby:

ORDERED that the motion for the admission of James A. Caputo *pro hac vice* is granted, and that he shall be permitted to participate and be heard in this matter in association with his local counsel.

______________________________
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
NANCY M. JUDA

s/ Nancy M. Juda
NANCY M. JUDA
(Bar No. 445487)

1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone: 202/822-6762
202/828-8428 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
STEVEN W. PEPICH
DANIEL S. DROSMAN
JAMES A. CAPUTO
SCOTT H. SAHAM
JAMES A. CAPUTO
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Sandra Stein
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
Telephone: 215/988-9546
Fax: 215/988-9885

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
Georgia Bar No. 124950
STUART J. GUBER
Georgia State Bar No. 141879
JAMES M. EVANGELISTA
Georgia State Bar No. 707807
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: 404/873-3900
404/876-4476 (fax)

Co-Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD &
TIMMONY, P.C.
Michael J. VanOverbeke
Thomas C. Michuad
Michael E. Moco
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
Fax: 313/578-1201

Additional Counsel for Plaintiffs

S:\CasesSD\Coke\ORD0036648.doc

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Nancy M. Juda

NANCY M. JUDA

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:njuda@lerachlaw.com

# Mailing Information for a Case 1:06MC00508

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  Adelmarm@erols.com
- **Nancy M. Juda**
  nancyj@lerachlaw.com
- **Steven F. Benz**
  sbenz@khhte.com
- **Geoffrey M. Klineberg**
  gklineberg@khhte.com
- **James M. Webster**
  jwebster@khhte.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

M. Robert Thornton
Jeffrey Cashdan
Stephen Devereaux
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Ronald L. Olson
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Martin D. Chitwood
Stuart J. Guber
James M. Evangelista
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Daniel M. Shanley
DeCarlo & Connor
533 South Fremont Avenue, 9th Floor
Los Angeles, CA 90071-1706

Michael J. VanOverbeke
Thomas C. Michaud
Michael E. Moco
VanOverbeke Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201

Steven W. Pepich
Daniel S. Drosman
Scott H. Saham
Ted Minahan
Gavin M. Bowie
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Dennis J. Herman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Sandra Stein
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103

Courtesy Copies:

Geoffrey M. Klineberg
James Webster
Steven L. Benz
Andrew M. Hetherington
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036

Roger Adelman
Law Offices of Roger Adelman
1100 Connecticut Ave., N.W. Suite 730
Washington, D.C. 20036

Nancy M. Juda
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1100 Connecticut Ave., N.W. Suite 730
Washington, D.C. 20036