UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**CARPENTERS HEALTH & WELFARE FUND, et al.,**

    **Plaintiffs,**

    v.

**COCA-COLA CO., et al.,**

    **Defendants.**

Misc. Action No. 06-508 (JDB)

---

## ORDER

    Before the Court is a motion by Carpenters Health and Welfare Fund of Philadelphia and Vicinity and Local 144 Nursing Home Pension Fund to compel the production of documents by K. Chris Todd, a partner at the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. in the District of Columbia.  Upon consideration of the entire record herein, it is this 22nd day of January, 2007, hereby

    **ORDERED** that the parties shall each submit a brief not to exceed twelve pages by not later than 5:00 p.m. on January 29, 2007, that (1) provides any further information about the status of any relevant government investigation, including any investigation into the practices alleged in the amended complaint filed in Carpenters Health & Welfare Fund v. Coca-Cola Co., No. 00-CV-2838-WBH (N.D. Ga. Oct. 27, 2000), and (2) addresses the relevance, if any, of Braswell v. United States, 487 U.S. 99 (1988), and In re Sealed Case (Gov't Records), 950 F.2d 736 (D.C. Cir. 1991), to plaintiffs' motion to compel.  It is further

**ORDERED** that the parties shall appear for a motions hearing on January 31, 2007, at 2:00 p.m. in Courtroom Eight.

/s/ John D. Bates
JOHN D. BATES
United States District Judge