UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARPENTERS HEALTH & WELFARE FUND, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**COCA-COLA CO., et al.,**<br><br>    Defendants. | Misc. Action No. 06-508 (JDB) |

## ORDER

In light of the hearing to be held before this Court on January 31, 2007, at 2:00 p.m., on the motion of Carpenters Health and Welfare Fund of Philadelphia and Vicinity and Local 144 Nursing Home Pension Fund ("plaintiffs") to compel the production of documents by K. Chris Todd, it is hereby

**ORDERED** that Todd shall produce to the Court in chambers ex parte, for in camera review, any documents responsive to plaintiffs' October 2, 2006, document request number 2, or, if providing a complete response to that request would be unduly burdensome, shall produce the internal reports allegedly generated by Minick-Scokalo identifying the practice of "concentrate loading" by Coca-Cola, see Pls.' Mot. 6, by not later than January 31, 2007, at 10:00 a.m.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: January 30, 2007