UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS HEALTH & WELFARE FUND, et al., </br></br> Plaintiffs, </br></br> vs. </br></br> THE COCA-COLA COMPANY, et al., </br></br> Defendants. | ) Civil No. 1:06-mc-00508-JDB </br> ) </br> ) (Case No. 1:00-CV-2838-WBH (N.D. Ga.)) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL DOCUMENT
PRODUCTION FROM K. CHRIS TODD

Plaintiffs Carpenters Health and Welfare Fund of Philadelphia and Vicinity and Local 144 Nursing Home Pension Fund hereby withdraw their Motion to Compel Document Production from K. Chris Todd, filed on November 14, 2006.

Based on the representations of counsel for Mr. Todd at the February 7, 2007 telephonic hearing before the Court, all documents responsive to plaintiffs' subpoena in the possession of Mr. Todd have now been produced by Tamera Minick-Scokalo in Switzerland under the provisions of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. As such, no further Court action is required on this matter and plaintiffs accordingly withdraw their motion.

DATED: February 8, 2007

Respectfully submitted,

LAW OFFICES OF ROGER ADELMAN
ROGER M. ADELMAN  (BAR #056358)


        s/ Roger Adelman
ROGER M. ADELMAN

1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
STEVEN W. PEPICH
DANIEL S. DROSMAN
JAMES A. CAPUTO
SCOTT H. SAHAM
TED MINAHAN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

- 1 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SANDRA STEIN
1845 Walnut Street, 23rd Floor
Philadelphia, PA  19103
Telephone:  215/988-9546
215/988-9885 (fax)

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
STUART J. GUBER
JAMES M. EVANGELISTA
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone:  404/873-3900
404/876-4476 (fax)

Co-Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHUAD
MICHAEL E. MOCO
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiffs

S:\CasesSD\Coke\NOT00039049.doc

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ ROGER ADELMAN
ROGER ADELMAN
(Bar No. 056358)

LAW OFFICES OF ROGER ADELMAN
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
E-mail:Adelmarm@erols.com

# Mailing Information for a Case 1:06-mc-00508-JDB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  Adelmarm@erols.com scotts@lerachlaw.com

- **Steven F. Benz**
  sbenz@khhte.com

- **Nancy M. Juda**
  nancyj@lerachlaw.com

- **Geoffrey M. Klineberg**
  gklineberg@khhte.com

- **James M. Webster**
  jwebster@khhte.com dengstrom@khhte.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James A. Caputo
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 W. Broadway
Suite 1900
San Diego, CA 92101

Scott H. Saham
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 W. Broadway
Suite 1900
San Diego, CA 92101
```